DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**EDWARD ALLEN LAMARR PICKETT,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D17-2221

[November 16, 2017]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Okeechobee County; Dan L. Vaughn, Judge; L.T. Case No. 2017CF000015A.

Carey Haughwout, Public Defender, and Jessica A. De Vera, Assistant Public Defender, West Palm Beach, for appellant.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., WARNER and MAY, JJ., concur.

*             *             *

***Not final until disposition of timely filed motion for rehearing.***